# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **ELIDA PARISH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:19-cv-00141-JRG-DCP |
| v. ) | |
| ) | Jury Trial Demanded |
| **AMERICAN AIRLINES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT AMERICAN AIRLINES, INC.'S
## MOTION TO DISMISS

Now comes Defendant American Airlines, Inc., by and through its counsel of record, pursuant to Federal Rule of Civil Procedure 12(b), without waiving any rights or defenses it may have against Plaintiff's allegations, and hereby moves this Honorable Court to dismiss Plaintiff's Complaint (ECF No. 1) for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue.

In support hereof, Defendant relies upon its Memorandum of Law in Support of Motion to Dismiss, contemporaneously filed herewith.

WHEREFORE, for good cause shown, Defendant American Airlines, Inc. respectfully requests that this Court dismiss this action without prejudice for lack of subject matter jurisdiction, lack of personal jurisdiction, and improper venue.

Respectfully submitted,

**PETKOFF AND FEIGELSON**, **PLLC**

/s/ Logan A. Klauss
David I. Feigelson (TN 20350)
Logan A. Klauss (TN 34311)
305 Washington Avenue, Ste. 201
Memphis, Tennessee 38103
(901) 523-1050 tele
(901)523-1061 fax
dfeigelson@pf-law.net
lklauss@pf-law.net
*Counsel for American Airlines, Inc.*

## CERTIFICATE OF CONSULTATION

Pursuant to this Court's Order Governing Motion to Dismiss (ECF No. 3), I hereby affirm that on June 14, 2019 and June 20, 2019, counsel for American Airlines, Inc. attempted to confer with Plaintiff's counsel to determine whether an amendment could cure the Plaintiff's deficient pleading, but Plaintiff's counsel did not respond.

/s/ Logan A. Klauss
*Counsel for American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS** has been filed through the Court's CM/ECF system, which will send notice to the following on June 21, 2019:

Mr. James W. Friauf (TN 27238)
LAW OFFICE OF JAMES W. FRIAUF, PLLC
9724 Kingston Pike, Suite 104
Knoxville, Tennessee 37922
james@friauflaw.com
*Counsel for Plaintiff*

/s/ Logan A. Klauss
*Counsel for American Airlines, Inc.*