U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 20 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIDA PARISH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-653-A |
| | § | |
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER

This action has been transferred from the United States District Court for the Eastern District of Tennessee. Prior to transfer, the court denied all outstanding motions as moot. Ordinarily, following denial of a motion to dismiss, the defendant would have fourteen days in which to file an answer. Fed. R. Civ. P. 12(a)(4). However, in this case, the court did not address the merits of the motion as to the existence of subject matter jurisdiction or the sufficiency of pleading, but rather acceded to the agreement of the parties to transfer the action. Inasmuch as there may be a question as to whether plaintiff, Elida Parish, has stated a cognizable claim over which the court has jurisdiction, the court is granting defendant, American Airlines, Inc., leave to refile its motion to dismiss to address those issues. The court is not granting defendant leave to raise any defenses that should have been but were not raised by its prior motion.

The court ORDERS that defendant be, and is hereby granted leave to file by September 3, 2019, a further motion to dismiss in accordance with this order.

SIGNED August 20, 2019.

_____
JOHN McBRYDE
United States District Judge